```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DARRELL K. SPENCER, Individually and
on behalf of all other persons
similarly situated, and
KENNETH KENDLY,

                    Plaintiffs,
                                              12 Civ. 6323 (ALC)(AJP)

          - against -                         ORDER ADOPTING REPORT
                                              AND RECOMMENDATION

NO PARKING TODAY, INC. and
CLAYTON THOMAS,

                    Defendants.
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6-7-13

ANDREW L. CARTER, JR., United States District Judge:

On August 17, 2012, Plaintiff Darrell Spencer filed a Complaint on behalf of himself and a putative class of similarly situated parking assistants against No Parking Today, Inc. and Clayton Thomas (collectively "Defendants"). Plaintiffs allege Defendants failed to pay overtime premium rates in violation of the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"). Plaintiffs also allege Defendants failed to provide the wage and hour notice required by state law.

This matter was referred to Magistrate Judge Andrew Peck for a Report and Recommendation ("R&R") on Plaintiffs' motion for conditional certification of a collective action pursuant to the FLSA and Rule 23 class certification for the NYLL unpaid overtime and wage and hour notice claims. After careful

consideration, Magistrate Judge Peck issued a R&R on March 15, 2013, proposing Plaintiffs' motion be granted with specific modifications. Notwithstanding notification to the parties of the right to object to the R&R, no objections were filed.

When no objection is posed, the Court subjects the R&R to a clear error review. Arthur v. Goord, No. 06 Civ. 326 (DLC), 2008 WL 482866, at *3 (S.D.N.Y. Feb. 21, 2008) ("To accept those portions of the report to which no timely objection has been made, 'a district court need only satisfy itself that there is no clear error on the face of the record.'" (quoting Figueroa v. Riverbay Corp., No. 06 Civ. 5364 (PAC), 2006 WL 3804581, at *1 (S.D.N.Y. Dec. 22, 2006))). The Court's review finds no clear error, and accordingly, the Court **ADOPTS** Magistrate Judge Peck's R&R in its entirety. The motion for conditional certification of a collective action pursuant to the FLSA and conditional class certification for the NYLL unpaid overtime and wage and hour notice claims is **GRANTED** as modified by the March 15 R&R.

SO ORDERED.

Dated: New York, New York
       June 7, 2013

_____
Andrew L. Carter, Jr.
United States District Judge

2