

Douglas B. Lipsky

630 Third Avenue, Fifth Floor
New York, New York 10017
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
dl@bronsonlipsky.com

www.bronsonlipsky.com

June 23, 2014

VIA ECF & EMAIL
The Honorable Andrew L. Carter, Jr., U.S.D.J.
U.S. District Court Southern District of New York
500 Pearl Street, Room 725
New York, New York 10007

  Re: Spencer v. No Parking Today, Inc., *et al.*, 1:12-cv-6323 (ALC) (AJP)

Dear Judge Carter:

  This firm and Gottlieb & Associates represent Plaintiff Darrell Spencer and the class members in the above-referenced class and collective action under the New York Labor Law ("NYLL") and Fair Labor Standards Act ("FLSA").  This letter is to update the Court on the current status of the class-wide settlement negotiations.

  After much back-and-forth, the class action settlement agreement ("Agreement") is fully-executed.  On or by Monday, June 30, 2014, Plaintiffs will submit to the Court the Agreement for preliminary approval and to request a settlement fairness hearing be scheduled.

  We appreciate the Court's attention to this matter and patience throughout this process.

        Respectfully submitted,
        BRONSON LIPSKY LLP

        s/ Douglas B. Lipsky
        Douglas B. Lipsky

Cc: Jeff Gottlieb and Dana Gottlieb (Via ECF and Email)
   Jeffrey Meyer and Michael Kaufman (Via ECF and Email)