UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DARRELL K. SPENCER, Individually and
on Behalf of All Other Persons Similarly
Situated,

                                  Plaintiffs,                    12 Civ. 6323 (ALC)(AJP)

        - against -

                                                                    **ORDER**

NO PARKING TODAY, INC. and CLAYTON
THOMAS,

                                  Defendants.
-----------------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

       On June 30, 2014, Plaintiffs filed an unopposed Motion for Preliminary Approval of the Class Action Settlement Agreement, Approval of the Proposed Notice of Settlement, and Scheduling of a Final Fairness Hearing. (Dkt. No. 207.) Having reviewed the Motion and supporting papers, the parties are hereby **ORDERED** to submit a joint amended Proposed Notice of Settlement containing a statement that class members may enter an appearance through counsel if they so desire in accordance with Fed. R. Civ. P. 23(c)(2)(B)(iv). The joint amended Proposed Notice of Settlement shall be received by the Court no later than **July 16, 2014**.

SO ORDERED.

Dated:     New York, New York
             July 9, 2014

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**